IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CLINT ALAN NEICE**                                                   **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:19CV841-LG-RPM**

**HARRISON COUNTY**                                         **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the [19] Proposed Findings of Fact and Recommendation entered by United States Magistrate Robert H. Walker in this cause on June 22, 2020. The Court, having adopted said Proposed Findings of Fact and Recommendation as the findings of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of September, 2020.

                                                                     s/ *Louis Guirola, Jr.*
                                                                       LOUIS GUIROLA, JR.
                                                                       UNITED STATES DISTRICT JUDGE